JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-02063 JGB (SHKx)** | Date | June 7, 2022 |
|---|---|---|---|
| Title | *James Rutherford v. Rim Kim Pung, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| Tanisha Carrillo | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   Order DISMISSING Action**

On February 17, 2022, the Court issued an Order to Show Cause why the Court should exercise supplemental jurisdiction over Plaintiff's Unruh Act claim.  ("OSC," Dkt. No. 36.)  On February 23, 2022, Plaintiff timely responded to the OSC and requested that the Court dismiss the action without prejudice.  (Dkt. No. 39.)  The Complaint is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**